**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBINA CHAUDHARY,<br><br>      Plaintiff,<br><br>v.<br><br>ATRIA MANAGEMENT COMPANY, LLC, et al.<br><br>      Defendants. | Civil Action No. 23-1419 (SDW) (JRA)<br><br>**ORDER**<br><br>August 29, 2023 |

**WIGENTON**, District Judge.

      Before this Court is Magistrate Judge José R. Almonte ("Judge Almonte's") Report and Recommendation (D.E. 10 ("R&R")), dated August 11, 2023, which recommends that this Court grant Plaintiff Robina Chaudhary's Motion to Remand (D.E. 4), but deny her request for attorney's fees and costs incurred as a result of the removal of this action to this Court (D.E. 9).  No objections have been filed.  This Court has reviewed the reasons set forth by Judge Almonte in the R&R and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

      **ORDERED** that Judge Almonte's R&R is **ADOPTED** as the conclusions of law of this Court, and it is further

      **ORDERED** that Plaintiff's Motion to Remand is **GRANTED**, and it is further

      **ORDERED** that Plaintiff's request for attorney's fees and costs is **DENIED**, and it is further

      **ORDERED** that this matter is **REMANDED** to the Superior Court of New Jersey, Law Division, Bergen County.

**SO ORDERED**.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

| | |
|---|---|
| Orig: | Clerk |
| cc: | Hon. José R. Almonte, U.S.M.J. |
| | Parties |